IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INNOCENT MWESIGA, | § | |
|     *Plaintiff*, | § | |
| | § | No. 4:10-cv-02347 |
| v. | § | |
| | § | |
| TEXAS SOUTHERN UNIVERSITY | § | |
| COLLEGE OF PHARMACY AND | § | |
| HEATLH SCIENCES, DR. BARBARA | § | |
| E. HAYES, DEAN, and DR. SHIRLETTE | § | |
| G. MILTON, ASSISTANT DEAN | § | |
| STUDENT AFFAIRS, | § | |
|     *Defendants*. | § | |

_____

**DEFENDANTS' CERTIFICATE OF INTERSTED PARTIES**
_____

TO THE HONORABLE LEE H. ROSENTHAL:

Defendants Texas Southern University College of Pharmacy and Health Sciences ("TSU"), Dr. Barbara E. Hayes, Dean, and Dr. Shirlette G. Milton, Assistant Dean of Student Affairs, file this Certificate Of Interested Parties and identify the following interested parties:

Innocent Mwesiga
c/o Don R. Caggins, Sr.
2030 North Loop West
Suite 285
Houston, Texas 77018
*Plaintiff*

Don R. Caggins, Sr.
2030 North Loop West
Suite 285
Houston, Texas 77018
*Attorney for Plaintiff*
Texas Southern University
College of Pharmacy and Health Sciences

*Defendants' Certificate of Interested Parties*      1

3100 Cleburne Street
Houston, Texas 77004
*Defendant*

Dr. Barbara E. Hayes
c/o Darren G. Gibson
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Defendant*

Dr. Shirlette G. Milton
c/o Darren G. Gibson
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Defendant*

| | |
|---|---|
| Dated: July 14, 2010 | Respectfully submitted, |
| | GREG ABBOTT<br>Attorney General of Texas |
| | C. ANDREW WEBER<br>First Assistant Attorney General |
| | DAVID S. MORALES<br>Deputy Attorney General for Civil Litigation |
| | ROBERT B. O'KEEFE<br>Chief, General Litigation Division |
| | /s/ Darren Gibson_____<br>**DARREN G. GIBSON**<br>Attorney-In-Charge<br>Texas Bar No. 24068846<br>Southern District No. 1041236<br>Darren.Gibson@oag.state.tx.us<br>Assistant Attorneys General<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 463-2120 |

(512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent *via U.S. certified mail, return receipt requested*, on July 14, 2010, to:

Don R. Caggins, Sr.
2030 North Loop West
Suite 285
Houston, Texas 77018
*Counsel for Plaintiffs*

                                               /s/ Darren Gibson
                                               **DARREN G. GIBSON**
                                               Assistant Attorney General