**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| INNOCENT MWESIGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-10-2347 |
| | § | |
| TEXAS SOUTHERN UNIVERSITY | § | |
| COLLEGE OF PHARMACY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Based on the parties' stipulation, this case is dismissed, with prejudice.  The motion

to withdraw, (Docket Entry No. 5), is denied as moot.  This is a final judgment.

SIGNED on August 31, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge